# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19−10434−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **O'ceallaigh, LTD.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**7/2/19** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701−0

MAIL COPY OF PROOF OF CLAIM TO:

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 4/4/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

```
                         United States Bankruptcy Court
                          Western District of Texas
In re:                                                       Case No. 19-10434-tmd
O'ceallaigh, LTD.                                            Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1           User: boydl              Page 1 of 1            Date Rcvd: Apr 04, 2019
                               Form ID: 148             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db              +O'ceallaigh, LTD.,    507 Hummingbird Lane,    Austin, TX 78734-4791
17617281        +American Bank of Commerce,    610 West 5th Street,    Austin, TX 78701-2737
17617282        +SPV West Park, LLC,    c/o Craig Bryan,    3801 North Capital of Texas Hwy.,    Suite E240, 212,
                  Austin, TX 78746-1416
17617283        +United States Department of Justice,    United States Attorney,    601 N.W. Loop 410, Suite 600,
                  San Antonio, TX 78216-5597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17617284        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Apr 05 2019 00:25:53      United States Trustee,
                  903 San Jacinto, Suite 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 1
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
```
              Douglas J. Powell    on behalf of Debtor    O'ceallaigh, LTD. admin@dougpowelllaw.com,
               dpowell@dougpowelllaw.com;michele@dougpowelllaw.com;notices@swbell.net
              John Patrick Lowe    pat.lowe.law@gmail.com,  plowe@ecf.axosfs.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 3
```