FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10434 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0776 Checking Account |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 06/12/20 | Blanket Bond (per case limit): | $ 89,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/19 | 3 | Texas National Title Escrow Trust Acct | FORFEITED EARNEST MONEY | 1290-000 | 12,500.00 | | 12,500.00 |
| 08/05/19 | | Texas National Title Escrow Trust Acct | NET PROCEEDS-SALE OF R/E PROPERTY | | 370,368.12 | | 382,868.12 |
| | 1 | TEXAS NATIONAL TITLE ESCROW TRUST A | Memo Amount: 1,500,000.00 GROSS PROCEEDS-SALE OF R/E PROPERTY | 1110-000 | | | |
| | | WILLIAMSON COUNTY | Memo Amount: ( 8,935.55 ) COUNTY TAXES 1/1/19 TO 8/2/19 COUNTY TAXES 1/1/2019 TO 8/2/2019 @ $15,312.10/YEAR | 5800-000 | | | |
| | | SPV WEST PARK, LLC | Memo Amount: ( 972,193.03 ) PAYOFF OF FIRST MORTGAGE LIEN | 4110-000 | | | |
| | | THE AMERICAN BANK OF COMMERCE | Memo Amount: ( 127,600.74 ) PAYOFF OF SECOND MORTGAGE LIEN | 4110-000 | | | |
| | | TEXAS NATIONAL TITLE, INC. | Memo Amount: ( 676.82 ) Costs Re Sale of Property (excludes BREAKDOWN: E-RECORDING SERVICE FEE $8.52; TAX CERTIFICATE FEE TO TEXAS REAL-TEX, INC. $43.30; ATTORNEY'S FEES TO LAW OFFICE OF JOHN W. PLEUTHNER, PC $150.00; SETTLEMENT OR CLOSING FEE TO LAW OFFICE OF JOHN W. PLEUTHNER, PC $400.00; RECORDING FEES, RELEASE/RECON (AFTER CLOSING) T TEXAS NATIONAL TITLE - POST CLOSE HOLD $50.00; RLEASE OF MLN TO MLHC RECORDING ACCOUNT $25.00. | 2500-000 | | | |
| | | WILLIAMSON COUNTY | Memo Amount: ( 20,225.74 ) AD VALOREM TAXES | 4700-000 | | | |
| 10/07/19 | 004001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM-BOND #016071777 TERM: 10/01/19 TO 10/01/19 | 2300-000 | | 137.27 | 382,730.85 |
| 12/31/19 | 004002 | Department of the Treasury Internal Revenue Service | SETTLEMENT PER AGREED ORDER DATED 12/14/19, DOCKET NO. 125 | 4300-000 | | 65,000.00 | 317,730.85 |

Page Subtotals 382,868.12 65,137.27

Ver: 22.02d

LFORM24

**FORM 2**

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 19-10434 -TMD |
| Case Name: | O'CEALLAIGH, LTD. |
| Taxpayer ID No: | *******5866 |
| For Period Ending: | 06/12/20 |

| | |
|---|---|
| Trustee Name: | John Patrick Lowe, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0776 Checking Account |
| Blanket Bond (per case limit): | $ 89,692,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | AGREED ORDER GRANTING MOTION TO APPROVE THE SETTLEMENT OF THE TRUSTEE'S OBJECTION TO CLAIM #6-1 OF THE DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE DATED 12/14/19, DOCKET NO. 125.<br><br>CHECK MAILED TO:<br><br>STEVEN B. BASS<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE INTERNAL REVENUE SERVICE<br>OF THE UNITED STATES OF AMERICA<br>903 SAN JACINTO, SUITE 334<br>AUSTIN, TX 78701 | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,500,000.00 | COLUMN TOTALS | 382,868.12 | 65,137.27 | 317,730.85 |
| Memo Allocation Disbursements: | 1,129,631.88 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 382,868.12 | 65,137.27 | |
| Memo Allocation Net: | 370,368.12 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 382,868.12 | 65,137.27 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,500,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,129,631.88 | Checking Account - *******0776 | 382,868.12 | 65,137.27 | 317,730.85 |
| Total Memo Allocation Net: | 370,368.12 | | 382,868.12 | 65,137.27 | 317,730.85 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 22.02d

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-10434 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0776 Checking Account |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 06/12/20 | Blanket Bond (per case limit): | $ 89,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********0776

Page Subtotals     0.00     0.00

Ver: 22.02d

LFORM24