# Western District of Texas
# Claims Register

## 19-10434-tmd O'ceallaigh, LTD.

**Bankruptcy Judge:** Tony M. Davis  **Chapter:** 7
**Office:** Austin  **Last Date to file claims:** 07/02/2019
**Trustee:** John Patrick Lowe  **Last Date to file (Govt):**

| Creditor: (17767160) Williamson County c/o Tara LeDay P.O. Box 1269 Round Rock, TX 78680 | Claim No: 1 Original Filed Date: 05/20/2019 Original Entered Date: 05/20/2019 | Status: Filed by: CR Entered by: Tara LeDay Modified: |
|---|---|---|

| Amount claimed: | $31923.76 |
|---|---|
| Secured claimed: | $31923.76 |

History:
| Details | 1-1 | 05/20/2019 | Claim #1 filed by Williamson County, Amount claimed: $31923.76 (LeDay, Tara) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (17778395) The American Bank of Commerce c/o The American Bank of Texas 2243 W. Braker Lane Austin, TX 78758 | Claim No: 2 Original Filed Date: 06/03/2019 Original Entered Date: 06/03/2019 | Status: Filed by: CR Entered by: Steve Turner Modified: |
|---|---|---|

| Amount claimed: | $117992.08 |
|---|---|
| Secured claimed: | $117992.08 |

History:
| Details | 2-1 | 06/03/2019 | Claim #2 filed by The American Bank of Commerce, Amount claimed: $117992.08 (Turner, Steve) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (17751540) History 400 W Park St LLC 10230 Matoca Way Austin TX 78726 | Claim No: 3 Original Filed Date: 06/03/2019 Original Entered Date: 06/03/2019 Last Amendment Filed: 09/18/2019 Last Amendment Entered: 09/18/2019 | Status: Filed by: AT Entered by: Herbert C Shelton, II Modified: |
|---|---|---|

History:
| Details | 3-1 | 06/03/2019 | Claim #3 filed by 400 W Park St LLC, Amount claimed: (Shelton, Herbert) |
|---|---|---|---|
| Details | 3-2 | 09/18/2019 | Amended Claim #3 filed by 400 W Park St LLC, Amount claimed: $842000.00 (Shelton, Herbert) |

Description: (3-1) Breach of contract
Remarks:

| Amount claimed: | $842000.00 | | |
|---|---|---|---|

**History:**

| Details | | 3-1 | 06/03/2019 | Claim #3 filed by 400 W Park St LLC, Amount claimed: (Shelton, Herbert) |
|---|---|---|---|---|
| Details | | 3-2 | 09/18/2019 | Amended Claim #3 filed by 400 W Park St LLC, Amount claimed: $842000.00 (Shelton, Herbert) |

**Description:** (3-1) Breach of contract

**Remarks:**

---

| Creditor: (17754420) History<br>Light Harvest Communities, LLC<br>10230 Matoca Way<br>Austin, TX 78726 | Claim No: 4<br>Original Filed Date: 06/03/2019<br>Original Entered Date: 06/03/2019<br>Last Amendment Filed: 09/18/2019<br>Last Amendment Entered: 09/18/2019 | Status:<br>Filed by: AT<br>Entered by: Herbert C Shelton, II<br>Modified: |
|---|---|---|

| Amount claimed: | $740053.72 | | |
|---|---|---|---|

**History:**

| Details | | 4-1 | 06/03/2019 | Claim #4 filed by Light Harvest Communities, LLC, Amount claimed: $302213.72 (Shelton, Herbert) |
|---|---|---|---|---|
| Details | | 4-2 | 09/18/2019 | Amended Claim #4 filed by Light Harvest Communities, LLC, Amount claimed: $740053.72 (Shelton, Herbert) |

**Description:** (4-1) Breach of contract

**Remarks:**

---

| Creditor: (17620691)<br>SPV West Park, LLC<br>c/o Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Claim No: 5<br>Original Filed Date: 07/02/2019<br>Original Entered Date: 07/02/2019 | Status:<br>Filed by: CR<br>Entered by: Eric J. Taube<br>Modified: |
|---|---|---|

| Amount claimed: | $893003.18 | | |
|---|---|---|---|
| Secured claimed: | $893003.18 | | |

**History:**

| Details | | 5-1 | 07/02/2019 | Claim #5 filed by SPV West Park, LLC, Amount claimed: $893003.18 (Taube, Eric) |
|---|---|---|---|---|

**Description:**

**Remarks:**

---

| Creditor: (17835472)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7345 | Claim No: 6<br>Original Filed Date: 08/12/2019<br>Original Entered Date: 08/12/2019 | Status:<br>Filed by: TR<br>Entered by: John Patrick Lowe<br>Modified: |
|---|---|---|

**History:**

| Details | | 6-1 | 08/12/2019 | Claim #6 filed by Internal Revenue Service, Amount claimed: $150010.24 (Lowe, John) |
|---|---|---|---|---|

**Description:**

**Remarks:**

| Amount claimed: | $150010.24 |
| Secured claimed: | $150010.24 |

History:

| Details | | 6-1 | 08/12/2019 | Claim #6 filed by Internal Revenue Service, Amount claimed: $150010.24 (Lowe, John) |

Description:
Remarks:

---

Creditor: (17846807)
E3D Architecture and Engineering
908 East 5th St, Suite 113
Austin, TX 78702

Claim No: 7
Original Filed Date: 08/29/2019
Original Entered Date: 08/29/2019

Status:
Filed by: CR
Entered by: Admin
Modified:

| Amount claimed: | $265474.00 |

History:

| Details | | 7-1 | 08/29/2019 | Claim #7 filed by E3D Architecture and Engineering, Amount claimed: $265474.00 (Admin) |
| | | doc | 10/24/2019 | Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 7 filed by E3D Architecture and Engineering (ePOC) |

Description:
Remarks:

## Claims Register Summary

**Case Name:** O'ceallaigh, LTD.
**Case Number:** 19-10434-tmd
**Chapter:** 7
**Date Filed:** 04/02/2019
**Total Number Of Claims:** 7

| Total Amount Claimed* | $3040456.98 |
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $1192929.26 | |
| Priority | | |
| Administrative | | |

---

### PACER Service Center

**Transaction Receipt**

06/12/2020 09:07:29

| PACER Login: | jpl0167ch7:2572676:0 | Client Code: | |

| Description: | Claims Register | Search Criteria: | 19-10434-tmd Filed or Entered From: 3/13/2000 Filed or Entered To: 6/12/2020 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |