# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| O'CEALLAIGH, LTD. | § | Case No. 19-10434 TMD |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John Patrick Lowe, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,393,955.06     Claims Discharged
                                                    Without Payment: NA

Total Expenses of Administration: 102,472.89

---

3) Total gross receipts of $ 1,512,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,072.05 (see **Exhibit 2**), yielded net receipts of $ 1,496,427.95 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,000,000.00 | $ 1,495,142.98 | $ 1,185,019.51 | $ 1,185,019.51 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 102,472.89 | 102,472.89 | 102,472.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 8,935.55 | 8,935.55 | 8,935.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,847,527.72 | 200,000.00 | 200,000.00 |
| **TOTAL DISBURSEMENTS** | $ 1,000,000.00 | $ 3,454,079.14 | $ 1,496,427.95 | $ 1,496,427.95 |

    4) This case was originally filed under chapter 7 on 04/02/2019 . The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2021    By:/s/John Patrick Lowe, Trustee
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY-400 WEST PARK STREET, CEDAR PARK, TX | 1110-000 | 1,500,000.00 |
| UNSCHEDULED ASSET - FORFEITED EARNEST MONEY | 1290-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,512,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| O'CEALLAIGH, LTD. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 16,072.05 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 16,072.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0004-1 | LIGHT HARVEST COMMUNITIES, LLC | 4110-000 | NA | 302,213.72 | 0.00 | 0.00 |
| 0005 | SPV WEST PARK, LLC | 4110-000 | 900,000.00 | 893,003.18 | 972,193.03 | 972,193.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0002 | THE AMERICAN BANK OF COMMERCE | 4110-000 | 100,000.00 | 117,992.08 | 127,600.74 | 127,600.74 |
| 0006 | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 150,010.24 | 65,000.00 | 65,000.00 |
| 0001 | WILLIAMSON COUNTY | 4700-000 | NA | 31,923.76 | 20,225.74 | 20,225.74 |
| **TOTAL SECURED CLAIMS** | | | $ 1,000,000.00 | $ 1,495,142.98 | $ 1,185,019.51 | $ 1,185,019.51 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOHN PATRICK LOWE | 2100-000 | NA | 68,142.84 | 68,142.84 | 68,142.84 |
| TRUSTEE EXPENSES:JOHN PATRICK LOWE | 2200-000 | NA | 5,111.34 | 5,111.34 | 5,111.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 247.17 | 247.17 | 247.17 |
| TEXAS NATIONAL TITLE, INC. | 2500-000 | NA | 676.82 | 676.82 | 676.82 |
| Axos Bank | 2600-000 | NA | 889.17 | 889.17 | 889.17 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 32.00 | 32.00 | 32.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):KELL C. MERCER | 3210-000 | NA | 17,680.00 | 17,680.00 | 17,680.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):KELL C. MERCER | 3220-000 | NA | 2,470.65 | 2,470.65 | 2,470.65 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):JENNIFER L. ROTHE CPA | 3410-000 | NA | 7,110.00 | 7,110.00 | 7,110.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):JENNIFER L. ROTHE CPA | 3420-000 | NA | 112.90 | 112.90 | 112.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 102,472.89 | $ 102,472.89 | $ 102,472.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WILLIAMSON COUNTY | 5800-000 | NA | 8,935.55 | 8,935.55 | 8,935.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 8,935.55 | $ 8,935.55 | $ 8,935.55 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0003-1 | 400 W. PARK ST., LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 0003-2 | 400 W. PARK ST., LLC | 7100-000 | NA | 842,000.00 | 5,000.00 | 5,000.00 |
| 0007 | E3D ARCHITECTURE AND ENGINEERING | 7100-000 | NA | 265,474.00 | 0.00 | 0.00 |
| 0004-2 | LIGHT HARVEST COMMUNITIES, LLC | 7100-000 | NA | 740,053.72 | 195,000.00 | 195,000.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,847,527.72 | $ 200,000.00 | $ 200,000.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 19-10434 | TMD | Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | O'CEALLAIGH, LTD. | | | Date Filed (f) or Converted (c): | 04/02/19 (f) |
| | | | | 341(a) Meeting Date: | 05/09/19 |
| For Period Ending: | 11/09/21 | | | Claims Bar Date: | 07/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY-400 WEST PARK STREET, CEDAR PARK, TX LIENHOLDERS: SPV WEST PARK, LLC $900,000; AMERICAN BANK OF COMMERCE $100,000.

MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 400 WEST PARK, CEDAR PARK, WILLIAMSON COUNTY, TEXAS TO VERITAS FINANCIAL LLC FREE AND CLEAR OF LIENS FILED 05/20/19, DOCKET NO. 31.

ORDER AUTHORIZING THE SALE OF REAL PROPERTY COMMONLY KNOWN AS 400 WEST PARK, CEDAR PARK, WILLIAMSON COUNTY, TEXAS TO VERITAS FINANCIAL LLC FREE AND CLEAR OF LIENS DATED 06/10/19, DOCKET NO. 57.

MOTION TO CONFIRM THE TERMINATION OF THE CONTRACT OF SALE WITH VERITAS FINANCIAL LLC AND FOR RELATED RELIEF FILED 07/11/19, DOCKET NO. 66.

ORDER GRANTING MOTION TO CONFIRM THE TERMINATION OF THE CONTRACT OF SALE WITH VERITAS FINANCIAL LLC AND FOR RELATED RELIEF DATED 07/18/19, DOCKET NO. 73.

REPORT OF SALE OF REAL PROPERTY IN WILLIAMSON COUNTY, TEXAS TO LIGHT HARVEST COMMUNITIES, LLC FREE AND CLEAR OF LIENS FILED 08/07/19, DOCKET NO. 78.

SUPPLEMENTAL REPORT OF SALE OF REAL PROPERTY IN WILLIAMSON COUNTY, TEXAS TO LIGHT HARVEST COMMUNITIES, LLC FREE AND CLEAR OF LIENS FILED | 1,250,000.00 | 0.00 | | 1,500,000.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 22.03e

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 19-10434 TMD Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| --- | --- | --- | --- |
| Case Name: | O'CEALLAIGH, LTD. | Date Filed (f) or Converted (c): | 04/02/19 (f) |
| | | 341(a) Meeting Date: | 05/09/19 |
| | | Claims Bar Date: | 07/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 05/24/21, DOCKET NO. 334. | | | | | |
| 2. UNSCHEDULED ASSET - OTHER PROPERTY (u) | Unknown | 0.00 | | 0.00 | FA |
| THIS ASSET NO LISTED ON ORIGINAL SCHEDULES FILED 04/16/19, DOCKET NO. 9. | | | | | |
| PER AMENDED SCHEDULES FILED 05/09/19, DOCKET NO. 26. POSSIBLE CLAIMS AGAINST LIGHT HARVEST COMMUNITIES, LLC, 400 W PARK ST, LLC, AARONHILL AND/OR JIM BLEDSOE FOR: | | | | | |
| 1) BREACH OF FIDUCIARY DUTY - DEBTOR ALLEGES THAT ONE OR MORE OF THESE ENTITIES/INDIVIDUALS FAILED TO ACT IN THE BEST INTEREST OF THE PARTNERSHIP BY BURDENING THE PARTNERSHIP WITH UNNECESSARY DEBT FOR PERSONAL GAIN. AARON HILL OF LIGHT HARVEST ADMITTED THAT HE SIGNED A USURIOUS NOTE IN ORDER TO OBTAIN FUTURE BENEFITS FROM THE LENDER, EVEN WHEN THERE WERE MUCH BETTER OPTIONS AVAILABLE. HE ALSO ADDED MEMBERS OF HIS IMMEDIATE FAMILY TO THE PARTNERSHIP AGREEMENT WITHOUT FIRST NOTIFYING EITHER THE DEBTOR OR THE REPRESENTATIVES OF THE DEBTOR THAT HE WAS DOING SO. HE INTENTIONALLY WITHHELD CRUCIAL FINANCIAL INFORMATION FROM THE DEBTOR THAT PREVENTED THE DEBTOR FROM REACHING A SETTLEMENT DURING A PRIOR LAWSUIT. AARON HILL HAS ALSO INTENTIONALLY INFLATED AND/OR MISREPRESENTED THE ACTUAL COSTS OF VARIOUS DEVELOPMENT AND PARTNERSHIP RELATED EXPENSES ALLEGEDLY INCURRED ON BEHALF OF THE DEBTOR AND HAS ALSO INCURRED | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| Case No: | 19-10434 TMD | Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | O'CEALLAIGH, LTD. | | Date Filed (f) or Converted (c): | 04/02/19 (f) |
| | | | 341(a) Meeting Date: | 05/09/19 |
| | | | Claims Bar Date: | 07/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| NUMEROUS UNNECCESSARY AND EXCESSIVE EXPENESES FOR HIS PERSONAL BENEFIT WITH THE MAJOR LENDER FOR THE DEBTOR.<br><br>2) BREACH OF CONTRACT - DEBTOR ALLEGES THAT ONE OR MORE OF THESE ENTITIES/INDIVIDUALS WILLFULLY FAILED TO PROVIDE THE CAPITAL NECESSARY TO PREVENT THE FILING OF FORECLOSURES, AND THE FILING OF BANKRUPTCY. IN THE ALTERNATIVE, DEBTOR ALLEGES THAT ONE OR MORE OF THESE ENTITIES/INDIVIDUALS FAILED TO PERFORM OR PROVIDE CONSIDERATION UNDER THE CONTRACT THUS CAUSING THE DEBTOR CONSIDERABLE FINANCIAL HARM.<br><br>3) FRAUD/FRAUDULENT INDUCEMENT - DEBTOR ALLEGES THAT ONE OR MORE OF THESE ENTITIES/INDIVIDUALS FRAUDULENTLY INDUCED THOMAS KELLEY AND OR THE DEBTOR (O'CALLEAIGH) INTO NOT ACCEPTING A DIFFERENT CONTRACT FOR SLIGHTLY LESS VALUE, AND BY PROMISING FUTURE VALUE IT COULD NOT DELIVER (MONEY TO PURCHASE LIENS, FUTURE INCOME AFTER LARGE SCALE CONSTRUCTION).<br><br>VALUE OF THESE CLAIMS IS UNDETERMINTED AT THIS TIME.<br><br>THE DEBTOR MAY HAVE OTHER CLAIMS AGAINST THESE ENTITIES/INDIVIDUALS THAT IT IS NOT YET AWARE OF AND RESERVES THE RIGHT TO ASSERT THESE CLAIMS AT A LATER DATE IF AND WHEN THEY BECOME KNOWN TO THE | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit 8

| Case No: | 19-10434 | TMD | Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | O'CEALLAIGH, LTD. | | | Date Filed (f) or Converted (c): | 04/02/19 (f) |
| | | | | 341(a) Meeting Date: | 05/09/19 |
| | | | | Claims Bar Date: | 07/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| DEBTOR. | | | | | |
| 3. UNSCHEDULED ASSET - FORFEITED EARNEST MONEY (u) FORFEITED EARNEST MONEY . VERITAS FINANCIAL LLC WAS THE HIGH BIDDER, AT $1,600,000.00, AT THE AUCTION IN COURT OF THE REAL PROPERTY. IT DEPOSITED $12,500.00 EARNEST MONEY. BUT IT DIDN'T COMPLETE THE PURCHASE. THE TRUSTEE ASKED THE COURT TO FORFEIT THE $12,500.00 EARNEST MONEY. THE COURT DID THAT. | 0.00 | 0.00 | | 12,500.00 | FA |
| 4. UNSCHEDULED PROPERTY - OTHER PROPERTY (u) THESE POSSIBLE CLAIMS NOT LISTED ON ORIGINAL SCHEDULES, LISTED ON SCHEDULES FILED 05/29/20, DOCKET NO. 241: DEBTOR HAS POSSIBLE CLAIMS AGAINST THE FOLLOWING INDIVIDUALS AND/OR ENTITIES IN THIS PROCEEDING. 1. 400 WEST PARK ST, LLC 2. AARON HILL 3. ANDERSON ROBERTS, PLLC 4. ... REMOVED (POSSIBLE CLAIM ACCRUED POST-BANKRUPTCY) 5. ... REMOVED (POSSIBLE CLAIM ACCRUED POST-BANKRUPTCY) 6. CHUCK DOWDEN 7. COSMO PALMIERI 8. GARY SKINNER 9. ... REMOVED (POSSIBLE CLAIM ACCRUED POST-BANKRUPTCY) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 22.03e

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 5
Exhibit 8

| Case No: | 19-10434 | TMD | Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | O'CEALLAIGH, LTD. | | | Date Filed (f) or Converted (c): | 04/02/19 (f) |
| | | | | 341(a) Meeting Date: | 05/09/19 |
| | | | | Claims Bar Date: | 07/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. HILL COUNTRY DEVELOPMENT CORP., SERIES LLC
11. ... REMOVED (POSSIBLE CLAIM ACCRUED POST-BANKRUPTCY)
12. JIM BLEDSOE
13. JUSTIN ROBERTS
14. KATHY HILL
15. KYLE STEPHENS
16. LIGHT HARVEST COMMUNITIES, LLC
17. RONALD HILL
18. SPV WEST PARK LLC

POSSIBLE CLAIMS ARE ASIGNED BY NUMBER: A) ABUSE OF PROCESS 1, 2, 12, 16; B) BREACH OF CONTRACT 1, 2, 3, 6, 8, 10, 12, 13, 14, 15, 16, 17, 18; C) BREACH OF FIDUCIARY DUTY 1, 2, 3, 10, 12, 13, 16; D) CONSPIRACY 1-18; E) DECEPTIVE TRADE PRACTICE 1, 2, 3, 12, 16; F) EQUITABLE ESTOPPEL 1-8; G) FRAUD, FRAUDULENT INDUCEMENT, STATUTORY FRAUD 1, 2, 3, 7, 10, 12, 13, 14, 15, 16, 17, 18; H) GROSS NEGLIGENCE, NEGLIGENCE, NEGLIGENT MISREPRESENTATION, NEGLIGENCE PER SE, NEGLIGENT UNDERTAKING 1, 2, 3, 10, 12, 13, 14, 15, 16, 17, 18; I) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS 1, 2, 3, 7, 12, 13, 15, 16, 18; J) PROMISSORY ESTOPPEL 1, 2, 3, 10, 12, 13, 15, 16; K) RESPONDEAT SUPERIOR 1, 3, 10, 16 | | | | | |

| TOTALS (Excluding Unknown Values) | $1,250,000.00 | $0.00 | | $1,512,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1

Ver: 22.03e

FORM 1     Page: 6
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES     Exhibit 8

| | |
|---|---|
| Case No: 19-10434 TMD Judge: TONY M. DAVIS | Trustee Name: John Patrick Lowe, Trustee |
| Case Name: O'CEALLAIGH, LTD. | Date Filed (f) or Converted (c): 04/02/19 (f) |
| | 341(a) Meeting Date: 05/09/19 |
| | Claims Bar Date: 07/02/19 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NOTICE OF COURT COSTS DUE FILED 07/13/21, DOCKET NO. 339. AMOUNT DUE: $0.00.

TRUSTEE'S REQUEST FOR COURT COSTS FILED 07/12/21, DOCKET NO. 338.

SUPPLEMENTAL REPORT OF SALE OF REAL PROPERTY IN WILLIAMSON COUNTY, TEXAS TO LIGHT HARVEST COMMUNITIES, LLC FREE AND CLEAR OF LIENS FILED 05/24/21, DOCKET NO. 334.

ORDER APPROVING MOTION OF J. PATRICK LOWE, CHAPTER 7 TRUSTEE TO APPROVE COMPROMISE WITH E3D ARCHITECTURE AND ENGINEERING, LIGHT HARVEST COMMUNITIES, LLC AND 400 W PARK ST, LLC DATED 02/23/21, DOCKET NO. 328.

MOTION OF J. PATRICK LOWE, CHAPTER 7 TRUSTEE TO APPROVE COMPROMISE WITH E3D ARCHITECTURE AND ENGINEERING, LIGHT HAVEST COMMUNITIES, LLC, AND 400 W. PARK ST, LLC FILED 12/28/20, DOCKET NO. 323.

ORDER AUTHORIZING EMPLOYMENT OF KELL C. MERCER & KELL C. MERCER, P.C. AS LITIGATION COUNSEL TO THE TRUSTEE PURSUANT TO 11.U.S.C. SECTION 327(a) DATED 07/22/20, DOCKET NO. 295.

DENIED 06/25/20, DOCKET NO. 286 - ORDER GRANTING RETENTION OF HAJJAR PETERS, LLP AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. SECTIONS 327 AND 328.

APPLICATION FOR AUTHORIZATION TO EMPLOY KELL C. MERCER & KELL C. MERCER, P.C. AS LITIGATION COUNSEL TO THE TRUSTEE PURSUANT TO 11 U.S.C. SECTION 327(a) FILED 06/25/20, DOCKET NO. 283.

REPORT REGARDING THE ADMINISTRATION OF THE ESTATE FILED 06/12/20, DOCKET NO. 264.

APPLICATION FOR RETENTION OF HAJJAR PETERS, LLP AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. SECTIONS 327 AND 328 FILED 05/29/20, DOCKET NO. 244.

AGREED ORDER GRANTING MOTION TO APPROVE THE SETTLEMENT OF THE TRUSTEE'S OBJECTION TO CLAIM #6-1 OF THE DEPARTMENT OF TREASURY - INTERNAL REVUE SERVICE DATED 12/14/19, DOCKET NO. 125.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page: 7

Exhibit 8

| | |
|---|---|
| Case No: 19-10434 TMD Judge: TONY M. DAVIS | Trustee Name: John Patrick Lowe, Trustee |
| Case Name: O'CEALLAIGH, LTD. | Date Filed (f) or Converted (c): 04/02/19 (f) |
| | 341(a) Meeting Date: 05/09/19 |
| | Claims Bar Date: 07/02/19 |

ORDER GRANTING MOTION TO CONFIRM THE CONTINUED EMPLOYMENT OF THE ACCOUNTANT FOR THE ESTATE DATED 11/26/19, DOCKET NO. 115.

MOTION TO CONFIRM THE CONTINUED EMPLOYMENT OF THE ACCOUNTANT FOR THE ESTATE FILED 10/30/19, DOCKET NO. 103.

MOTION TO APPROVE THE SETTLEMENT OF THE TRUSTEE'S OBJECTION TO CLAIM #6-1 OF THE DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE FILED 10/21/19, DOCKET NO. 99.

NOTICE OF CHANGE OF ADDRESS OF THE ACCOUNTANT FOR THE ESTATE FILED 10/16/19, DOCKET NO. 98.

ORDER AUTHORIZING TRUSTEE TO SERVE AS HIS OWN ATTORNEY DATED 09/06/19, DOCKET NO. 87.

APPLICATION BY TRUSTEE AND LAW FIRM OF WHICH TRUSTEE IS A MEMBER TO ACT AS ATTORNEY FOR THE ESTATE FILED 08/09/19, DOCKET NO. 80.

REPORT OF SALE OF REAL PROPERTY IN WILLIAMSON COUNTY, TEXAS TO LIGHT HARVEST COMMUNITIES, LLC FREE AND CLEAR OF LIENS FILED 08/07/19, DOCKET NO. 78.

ORDER GRANTING MOTION TO CONFIRM THE TERMINATION OF THE CONTRACT OF SALE WITH VERITAS FINANCIAL LLC AND FOR RELATED RELIEF DATED 07/18/19, DOCKET NO. 73.

ORDER APPROVING EMPLOYMENT OF ACCOUNTANT FILED 07/11/19, DOCKET NO. 68.

MOTION TO CONFIRM THE TERMINATION OF THE CONTRACT OF SALE WITH VERITAS FINANCIAL LLC AND FOR RELATED RELIEF FILED 07/11/19, DOCKET NO. 66.

TRUSTEE'S RESPONSE TO THE DEBTOR'S MOTION TO DISMISS CASE [DOC. NO. 11] FILED 06/21/19, DOCKET NO. 62.

TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT FILED 06/14/19, DOCKET NO. 61.

RESPONSE TO MOTION OF SPV WEST PARK, LLC AND AMERICAN BANK OF COMMERCE'S JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY AS

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 8
Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-10434 TMD Judge: TONY M. DAVIS | Trustee Name: John Patrick Lowe, Trustee |
| Case Name: | O'CEALLAIGH, LTD. | Date Filed (f) or Converted (c): 04/02/19 (f) |
| | | 341(a) Meeting Date: 05/09/19 |
| | | Claims Bar Date: 07/02/19 |

TO 400 WEST PARK, CEDAR PARK, TX 78613 FILED 06/12/19, DOCKET NO. 58.

ORDER AUTHORIZING THE SALE OF REAL PROPERTY COMMONLY KNOWN AS 400 WEST PARK, CEDAR PARK, WILLIAMSON COUNTY, TEXAS TO VERITAS FINANCIAL LLC FREE AND CLEAR OF LIENS DATED 06/10/19, DOCKET NO. 57.

MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 400 WEST PARK, CEDAR PARK, WILLIAMSON COUNTY, TEXAS TO VERITAS FINANCIAL LLC FREE AND CLEAR OF LIENS FILED 05/20/19, DOCKET NO. 31.

Initial Projected Date of Final Report (TFR): 03/31/20    Current Projected Date of Final Report (TFR): 09/30/21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 19-10434 -TMD | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0776 Checking Account |
| Taxpayer ID No: | *******5866 | | | |
| For Period Ending: | 11/09/21 | | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/19 | 3 | Texas National Title Escrow Trust Acct | FORFEITED EARNEST MONEY | 1290-000 | 12,500.00 | | 12,500.00 |
| 08/05/19 | | Texas National Title Escrow Trust Acct | NET PROCEEDS-SALE OF R/E PROPERTY | | 370,368.12 | | 382,868.12 |
| | 1 | TEXAS NATIONAL TITLE ESCROW TRUST A | Memo Amount: 1,500,000.00 GROSS PROCEEDS-SALE OF R/E PROPERTY | 1110-000 | | | |
| | | WILLIAMSON COUNTY | Memo Amount: ( 8,935.55 ) COUNTY TAXES 1/1/19 TO 8/2/19 COUNTY TAXES 1/1/2019 TO 8/2/2019 @ $15,312.10/YEAR | 5800-000 | | | |
| | | SPV WEST PARK, LLC | Memo Amount: ( 972,193.03 ) PAYOFF OF FIRST MORTGAGE LIEN | 4110-000 | | | |
| | | THE AMERICAN BANK OF COMMERCE | Memo Amount: ( 127,600.74 ) PAYOFF OF SECOND MORTGAGE LIEN | 4110-000 | | | |
| | | TEXAS NATIONAL TITLE, INC. | Memo Amount: ( 676.82 ) Costs Re Sale of Property (excludes BREAKDOWN: E-RECORDING SERVICE FEE $8.52; TAX CERTIFICATE FEE TO TEXAS REAL-TEX, INC. $43.30; ATTORNEY'S FEES TO LAW OFFICE OF JOHN W. PLEUTHNER, PC $150.00; SETTLEMENT OR CLOSING FEE TO LAW OFFICE OF JOHN W. PLEUTHNER, PC $400.00; RECORDING FEES, RELEASE/RECON (AFTER CLOSING) T TEXAS NATIONAL TITLE - POST CLOSE HOLD $50.00; RLEASE OF MLN TO MLHC RECORDING ACCOUNT $25.00. | 2500-000 | | | |
| | | WILLIAMSON COUNTY | Memo Amount: ( 20,225.74 ) AD VALOREM TAXES | 4700-000 | | | |
| 10/07/19 | 004001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM-BOND #016071777 TERM: 10/01/19 TO 10/01/19 | 2300-000 | | 137.27 | 382,730.85 |
| 12/31/19 | 004002 | Department of the Treasury | SETTLEMENT PER AGREED ORDER DATED | 4300-000 | | 65,000.00 | 317,730.85 |

Page Subtotals 382,868.12 65,137.27

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 19-10434 -TMD | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0776  Checking Account |
| Taxpayer ID No: | *******5866 | | | |
| For Period Ending: | 11/09/21 | | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service | 12/14/19, DOCKET NO. 125 AGREED ORDER GRANTING MOTION TO APPROVE THE SETTLEMENT OF THE TRUSTEE'S OBJECTION TO CLAIM #6-1 OF THE DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE DATED 12/14/19, DOCKET NO. 125.<br><br>CHECK MAILED TO:<br><br>STEVEN B. BASS ASSISTANT UNITED STATES ATTORNEY ATTORNEY FOR THE INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA 903 SAN JACINTO, SUITE 334 AUSTIN, TX 78701 | | | | |
| * 10/05/20 | 004003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 TERM:  10/01/20 TO 10/01/21 | 2300-003 | | 109.70 | 317,621.15 |
| * 10/05/20 | 004003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 WRONG AMOUNT CALCULATED. | 2300-003 | | -109.70 | 317,730.85 |
| 10/05/20 | 004004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM - BOND #016071777 TERM:  10/01/20 TO 10/01/21 | 2300-000 | | 109.90 | 317,620.95 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 316.75 | 317,304.20 |
| 03/10/21 | 004005 | Hayward & Associates, PLLC - IOLTA Trust Account | PER ORDER - DOCKET NO. 328 ORDER APPROVING MOTION OF J. PATRICK LOWE, CHAPTER 7 TRUSTEE TO APPROVE COMPROMISE WITH E3D ARCHITECTURE AND ENGINEERING, LIGHT HARVEST COMMUNITIES, LLC, AND 400 W PARK ST, LLC | 7100-000 | | 195,000.00 | 122,304.20 |

Page Subtotals          0.00          195,426.65

Ver: 22.03e

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-10434 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
| --- | --- | --- | --- |
| Case Name: | O'CEALLAIGH, LTD. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0776  Checking Account |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 11/09/21 | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/21 | 004006 | Hayward & Associates, PLLC - IOLTA Trust Account | DATED 02/23/21, DOCKET NO. 328.<br><br>CHECK SENT VIA FEDEX TO:<br><br>Hayward PLLC<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231<br>PER ORDER - DOCKET NO. 328 ORDER APPROVING MOTION OF J. PATRICK LOWE, CHAPTER 7 TRUSTEE TO APPROVE COMPROMISE WITH E3D ARCHITECTURE AND ENGINEERING, LIGHT HARVEST COMMUNITIES, LLC, AND 400 W PARK ST, LLC DATED 02/23/21, DOCKET NO. 328.<br><br>CHECK SENT VIA FEDEX TO:<br><br>Hayward PLLC<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231 | 7100-000 | | 5,000.00 | 117,304.20 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 229.27 | 117,074.93 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 125.10 | 116,949.83 |
| 05/04/21 | 004007 | Kell C. Mercer<br>KELL C. MERCER, P.C.<br>1602 E. Cesar Chavez Street<br>Austin, Texas 78702 | ATTORNEY FOR TRUSTEE FEES PER ORDER DATED 05/04/21, DOCKET NO. 332 ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF KELL C. MERCER AND KELL C. MERCER, P.C. AS LITIGATION COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES DATED | 3210-000 | | 17,680.00 | 99,269.83 |

Page Subtotals  0.00  23,034.37

Ver: 22.03e

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-10434 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0776 Checking Account |
| Taxpayer ID No: | *******5866 | | |
| For Period Ending: | 11/09/21 | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/04/21 | 004008 | Kell C. Mercer<br>KELL C. MERCERT, P.C.<br>1602 E. Cesar Chavez Street<br>Austin, Texas 78702 | 05/04/21, DOCKET NO. 332.<br>ATTORNEY EXPENSES (OTHER FIRM)<br>PER ORDER DATED 05/04/21, DOCKET NO. 332.<br>ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF KELL C. MERCER AND KELL C. MERCER, P.C. AS LITIGATION COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES DATED 05/04/21, DOCKET NO. 332. | 3220-000 | | 2,470.65 | 96,799.18 |
| 05/21/21 | 004009 | Clerk, U.S. Bankruptcy Court<br>Austin Division<br>903 San Jacinto, Suite 322<br>Austin, TX 78701 | RECORDING | 2700-000 | | 31.00 | 96,768.18 |
| 05/24/21 | 004010 | Clerk, U.S. Bankruptcy Court<br>Austin Division<br>903 San Jacinto, Suite 322<br>Austin, TX 78701 | ADDITIONAL FEE - RECORDING<br>CHECK MAILED TO THE ATTN OF:<br><br>LAURIE BOYD | 2700-000 | | 1.00 | 96,767.18 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 114.78 | 96,652.40 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 103.27 | 96,549.13 |
| 07/07/21 | 004011 | Jennifer L. Rothe, CPA<br>J L Rothe, PLLC<br>2775 FM 1796<br>D'Hanis, Texas 78850 | ACCOUNTANT FOR TRUSTEE FEES<br>PER ORDER DATED 07/07/21, DOCKET NO. 336<br>ORDER ON FIRST AND FINAL FEE APPLICATION OF J L ROTHE, PLLC, CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE, FOR COMPENSATION OF FEES AND EXPENSES INCURRED FROM JUNE 12, 2019 THROUGH JUNE 10, 2021 DATED 07/07/21, DOCKET NO. 336. | 3410-000 | | 7,110.00 | 89,439.13 |
| 07/07/21 | 004012 | Jennifer L. Rothe, CPA | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 112.90 | 89,326.23 |

Page Subtotals 0.00 9,943.60

Ver: 22.03e

LFORM24

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10434 -TMD | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0776 Checking Account |
| Taxpayer ID No: | *******5866 | | | |
| For Period Ending: | 11/09/21 | | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | J L Rothe, PLLC<br>2775 FM 1796<br>D'Hanis, Texas 78850 | PER ORDER DATED 07/07/21, DOCKET NO. 336. ORDER ON FIRST AND FINAL FEE APPLICATION OF J L ROTHE, PLLC, CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE, FOR COMPENSATION OF FEES AND EXPENSES INCURRED FROM JUNE 12, 2019 THROUGH JUNE 10, 2021 DATED 07/07/21, DOCKET NO. 336. | | | | |
| 09/13/21 | 004013 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>2402 East Main Street<br>Uvalde, TX 78801 | TRUSTEE'S COMPENSATION<br>PER ORDER DATED 09/13/21, DOCKET NO. 344 | 2100-000 | | 68,142.84 | 21,183.39 |
| 09/13/21 | 004014 | John Patrick Lowe<br>J. Patrick Lowe, P.C.<br>2402 East Main Street<br>Uvalde, TX 78801 | TRUSTEE'S EXPENSES<br>PER ORDER DATED 09/13/21, DOCKET NO. 344 | 2200-000 | | 5,111.34 | 16,072.05 |
| 09/13/21 | 004015 | O'CEALLAIGH, LTD. | Surplus Funds<br>CHECK MAILED TO:<br><br>Douglas J. Powell<br>820 West 10th Street<br>Austin, TX 78701 | 8200-002 | | 16,072.05 | 0.00 |

Page Subtotals 0.00 89,326.23

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 19-10434 -TMD | | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|---|
| Case Name: | O'CEALLAIGH, LTD. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0776  Checking Account |
| Taxpayer ID No: | *******5866 | | | |
| For Period Ending: | 11/09/21 | | Blanket Bond (per case limit): | $ 116,650,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts:   1,500,000.00 | COLUMN TOTALS | | 382,868.12 | 382,868.12 | 0.00 |
| | | Memo Allocation Disbursements:   1,129,631.88 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 382,868.12 | 382,868.12 | |
| | | Memo Allocation Net:   370,368.12 | Less: Payments to Debtors | | | 16,072.05 | |
| | | | Net | | 382,868.12 | 366,796.07 | |
| | | Total Allocation Receipts:   1,500,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements:   1,129,631.88 | Checking Account - *******0776 | | 382,868.12 | 366,796.07 | 0.00 |
| | | Total Memo Allocation Net:   370,368.12 | | | 382,868.12 | 366,796.07 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.03e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 20)